UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ROPER<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE MANAGEMENT ADMINISTRATORS, INC.; G5 SEARCH MARKETING, INC.; G5 HEALTH AND WELFARE PLAN; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-01855-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS G5 SEARCH MARKETING, INC. AND G5 HEALTH AND WELFARE PLAN TO RESPOND TO COMPLAINT** |

On October 19, 2023, the Plaintiff Catherine Roper ("Plaintiff") and Defendants G5 SEARCH MARKETING, INC. and G5 HEALTH AND WELFARE PLAN ("G5 Defendants") (Plaintiff and G5 Defendants collectively, "Parties"), filed a Stipulation to extend G5 Defendants' time to respond to the Complaint.

The Court, having considered the Stipulation and finding good cause, hereby GRANTS the Stipulation and ORDERS as follows:

/////

/////

/////

/////

/////

1  G5 Defendants are granted an extension to respond to Plaintiff's Complaint, up to and including November 27, 2023.

IT IS SO ORDERED.

Dated: October 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE