IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ROPER,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE MANAGEMENT ADMINISTRATORS, INC.; G5 SEARCH MARKETING, INC.; G5 HEALTH and WELFARE PLAN; and DOES 1 through 10,<br><br>    Defendants. | No. 2:23-cv-01855-CKD<br><br>**ORDER GRANTING STIPULATED APPLICATION FOR EXTENSION OF TIME FOR HEALTH MANAGEMENT ADMINISTRATORS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

    The Court having reviewed the Parties' Stipulated Application for Extension of Time for Defendant Healthcare Management Administrators, Inc. to respond to Plaintiff's Complaint, and good cause appearing, therefore,

    IT IS HEREBY ORDERED that the Stipulated Application is granted. Defendants shall have an additional <u>30 days</u> from November 15, 2023 to respond to Plaintiff's Complaint. Wherefore, HMA's responsive pleading shall be filed on or before December 15, 2023.

Dated:  November 16, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE