UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ROPER<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE MANAGEMENT ADMINISTRATORS, INC.; G5 SEARCH MARKETING, INC.; G5 HEALTH AND WELFARE PLAN; and DOES 1 through 10,<br><br>Defendants. | Case No.  2:23-cv-01855-CKD<br><br>**ORDER GRANTING STIPULATED APPLICATION TO EXTEND TIME FOR DEFENDANTS G5 SEARCH MARKETING, INC. AND G5 HEALTH AND WELFARE PLAN TO RESPOND TO COMPLAINT** |

On December 27, 2023, Plaintiff Catherine Roper ("Plaintiff") and Defendants G5 SEARCH MARKETING, INC. and G5 HEALTH AND WELFARE PLAN ("G5 Defendants") (Plaintiff and G5 Defendants collectively, "Parties"), filed a Stipulated Application to extend G5 Defendants' time to respond to the Complaint.

The Court, having considered the Stipulated Application and finding good cause, hereby GRANTS the Stipulated Application and ORDERS as follows:

G5 Defendants are granted an additional <u>30 days</u> of extension to respond to Plaintiff's Complaint, up to and including January 26, 2024.

IT IS SO ORDERED.

DATED:  December 27, 2023            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE