# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ROPER,<br><br>        Plaintiff,<br><br>v.<br><br>HEALTHCARE MANAGEMENT ADMINISTRATORS, INC.; G5 SEARCH MARKETING, INC.; G5 HEALTH AND WELFARE PLAN; and DOES 1 through 10,<br><br>        Defendants. | Case No.  2:23-cv-01855-CKD<br><br>**ORDER GRANTING STIPULATED APPLICATION TO EXTEND TIME FOR DEFENDANTS G5 SEARCH MARKETING, INC. AND G5 HEALTH AND WELFARE PLAN TO RESPOND TO COMPLAINT** |

    On January 26, 2024, Plaintiff Catherine Roper ("Plaintiff") and Defendants G5 SEARCH MARKETING, INC. and G5 HEALTH AND WELFARE PLAN ("G5 Defendants") (Plaintiff and G5 Defendants collectively, "Parties"), filed a Stipulated Application to extend G5 Defendants' time to respond to the Complaint.

    The Court, having considered the Stipulated Application and finding good cause, hereby GRANTS the Stipulated Application and ORDERS as follows:

    G5 Defendants are granted an additional <u>21 days</u> of extension to respond to Plaintiff's Complaint, up to and including February 16, 2024.

    IT IS SO ORDERED.

Dated:  January 31, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE