**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jenny C. Chien (SBN 327918)
jenny.chien@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   415.477.5700
Facsimile:   415.477.5710
*Attorneys for Defendant*
*G5 Search Marketing, Inc. and G5 Health and Welfare Plan*

Jon T. Neumann, SBN 277331
neumannj@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100
*Attorneys for Defendant,*
*Healthcare Management Administrators, Inc.*

David M. Lilienstein, SBN 218923
david@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
*Attorneys for Plaintiff,*
*Catherine Roper*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CATHERINE ROPER,<br><br>          Plaintiff,<br><br>     vs.<br><br>HEALTHCARE MANAGEMENT ADMINISTRATORS, INC.; G5 SEARCH MARKETING, INC.; G5 HEALTH AND WELFARE PLAN; and DOES 1 through 10,<br><br>          Defendant. | Case No.  2:23-cv-01855-DJC-CKD<br><br>**REVISED JOINT STATUS REPORT AND STIPULATION TO VACATE CURRENT DEADLINES AND SUBMIT AMENDED JOINT STATUS REPORT AFTER MEDIATION** |

Plaintiff CATHERINE ROPER ("Plaintiff") and Defendants Health Management Administrators, Inc. ("HMA"), G5 SEARCH MARKETING, INC. and G5 HEALTH AND WELFARE PLAN ("G5 Defendants") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Stipulation as follows:

**WHEREAS**, on August 29, 2023, Plaintiff filed her Complaint in the above-captioned action (the "Complaint");

**WHEREAS**, on December 15, 2023, HMA filed its Answer to the Complaint;

**WHEREAS**, on February 23, 2024, G5 Defendants filed its Answer to the Complaint;

**WHEREAS**, on May 2, 2024 the Parties filed their Joint Status Report in this case;

**WHEREAS**, on May 7, 2024 the Court entered a Minute Order directing that "Plaintiff shall file a motion re standard of review no later than 6/14/2024 and shall notice said motion for hearing on 8/8/2024 at 1:30 PM in Courtroom 10 before District Judge Daniel J. Calabretta; Defendant shall file its opposition to Plaintiff's motion no later than 6/28/2024; Plaintiff shall file a reply, if any, no later than 7/8/2024."

**WHEREAS**, on May 16, 2024 the Court held an Initial Scheduling Conference via videoconference during which the Parties informed that Court that they are continuing to explore the possibility for an early, global resolution of this matter and were attempting to schedule mediation;

**WHEREAS**, following the Initial Scheduling Conference the "Court ORDERED the parties to meet and confer and within fourteen (14) days to file an updated joint status report advising the Court as to how the parties plan to proceed with mediation and proposing a new briefing schedule re Plaintiff's forthcoming motion re standard of review."

**WHEREAS**, the Parties have now confirmed a mediation date of August 26, 2024;

**WHEREAS**, the Parties have met and conferred via email and believe that it would be in their best interests and in the interests of the Court to vacate the currently-pending briefing deadlines for the Motion Regarding Standard of Review pending completion of the mediation. The Parties likewise believe that it would be most efficient to permit the Parties to submit an Amended Joint Statement fourteen (14) days after the mediation (i.e., by September 9 2024) if necessary to

propose new deadlines for the Motion Regarding Standard of Review along with the other pretrial deadlines required by the Court.

**WHEREAS**, good cause exists to vacate these deadlines and grant this extension because the Parties have a confirmed mediation date of August 26, 2024 and they continue to believe that an early resolution of this matter is possible;

**WHEREAS**, good cause exists to extend the deadline for the Parties to meet and confer and submit an Amended Joint Status Report regarding their discovery plan until September 9, 2024, so that the Parties may have more time to potentially resolve this lawsuit and have a more productive Rule 26(f) conference, if necessary;

**WHEREAS**, aside from the previously-mentioned dates for the submission of briefing on the Motion Regarding Standard of Review, no other dates have been set in this matter;

**NOW, HEREBY, THE PARTIES STIPULATE** that the Court vacate the currently-pending deadlines for briefing on the Motion Regarding Standard of Review and permit the Parties to meet and confer, if necessary, following the August 26, 2024 mediation and to submit an Amended Joint Status Report regarding their discovery plan on or before September 9, 2024 .

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: 5/30/2024 | GREENBERG TRAURIG, LLP |

By: */s/ Jon T. Neumann*
Jon T. Neumann
Attorneys for Defendant
HEALTHCARE MANAGEMENT
ADMINISTRATORS, INC.

| | |
|---|---|
| Dated: 5/30/2024 | TROUTMAN PEPPER HAMILTON SANDERS LLP |

By: */s/ Jenny C. Chien*
Chad Fuller
Virginia Bell Flynn
Jenny C. Chien
Attorneys for Defendants,
G5 SEARCH MARKETING, INC. and G5
HEALTH AND WELFARE PLAN

| | |
|---|---|
| Dated: 5/30/2024 | DL LAW GROUP |

By: */s/ David M. Lilienstein*
David M. Lilienstein
Katie Spielman
Attorneys for Plaintiff
CATHERINE ROPER

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: June 3, 2024 | /s/ Daniel J. Calabretta |
| | THE HONORABLE DANIEL J. CALABRETTA |
| | UNITED STATES DISTRICT JUDGE |

- 4 -   CASE NO. 2:23-CV-01855-DJC-CKD
REVISED JOINT STATUS REPORT AND STIPULATION TO VACATE DEADLINES AND SUBMIT AMENDED JOINT STATUS REPORT