Jon T. Neumann, SBN 277331
neumannj@gtlaw.com
**GREENBERG TRAURIG, LLP**
2375 E. Camelback Rd., Suite 800
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100
*Attorneys for Defendant,*
*Healthcare Management Administrators, Inc.*

David M. Lilienstein, SBN 218923
david@dllawgroup.com
**DL LAW GROUP**
345 Franklin St.
San Francisco, CA 94102
Telephone: (415) 678-5050
Facsimile: (415) 358-8484
*Attorneys for Plaintiff,*
*Catherine Roper*

Jenny C. Chien, SBN 327918
jenny.chien@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710
*Attorney for Defendants,*
*G5 Search Marketing, Inc. and*
*G5 Health and Welfare Plan*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE ROPER,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE MANAGEMENT ADMINISTRATORS, INC.; G5 SEARCH MARKETING, INC.; G5 HEALTH AND WELFARE PLAN; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:23-cv-01855-DJC-CKD<br><br>**AMENDED JOINT STATUS REPORT AND STIPULATION TO EXTEND DEADLINES** |

## AMENDED JOINT STATUS REPORT

Plaintiff CATHERINE ROPER ("Plaintiff") and Defendants Health Management Administrators, Inc. ("HMA"), G5 SEARCH MARKETING, INC. and G5 HEALTH AND WELFARE PLAN ("G5 Defendants") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit this Amended Joint Status Report as follows:

The Parties are continuing to work cooperatively to pursue global resolution of this case. Mediation was previously set for August 26, 2024 with JAMS mediator Adrienne Publicover. However, on August 15, 2024, the Parties were informed that a conflict had arisen with the mediator's office and the mediation was later reset for **November 12, 2024**.

The Parties remain hopeful that this matter will be resolved at mediation and respectfully request the Court to continue the deadline for the Parties to submit an Amended Joint Status Report regarding their discovery plan, including briefing schedule on the Motion Regarding Standard of Review, to **November 26, 2024,** which is fourteen (14) days after the new mediation date.

## STIPULATION

The Parties hereby agree and stipulate that this extension would serve all parties' best interests as they are optimistic that this matter may be resolved at mediation.

**WHEREAS,** on August 29, 2023, Plaintiff filed her Complaint in the above-captioned action (the "Complaint");

**WHEREAS,** on December 15, 2023, HMA filed its Answer to the Complaint;

**WHEREAS,** on February 23, 2024, G5 Defendants filed its Answer to the Complaint;

**WHEREAS,** on May 2, 2024, the Parties filed their Joint Status Report in this case;

**WHEREAS,** on May 16, 2024, the Court held an Initial Scheduling Conference via videoconference during which the Parties informed that Court that they are continuing to explore the possibility for an early, global resolution of this matter and were attempting to schedule mediation;

**WHEREAS,** the Parties then confirmed a mediation date of August 26, 2024, with JAMS mediator Adrienne Publicover;

**WHEREAS,** on June 3, 2024, the Court vacated the pending deadlines for briefing on the

Motion Regarding Standard of Review and permitted the Parties to meet and confer following the August 26, 2024 mediation and to submit an Amended Joint Status Report regarding their discovery plan following mediation (if unsuccessful).

**WHEREAS,** the Parties were informed on August 15, 2024, that a conflict had arisen with the mediator and the mediation was reset for November 12, 2024;

**WHEREAS,** the Parties have met and conferred and believe that it would be in all parties' best interests and in the interests of the Court to continue the briefing deadlines for the Motion Regarding Standard of Review pending completion of the November 12, 2024 mediation. The Parties likewise believe that it would be most efficient to permit the Parties to submit an Amended Joint Statement fourteen (14) days after the mediation (*i.e.,* by November 26, 2024) if necessary, to propose new deadlines for the Motion Regarding Standard of Review along with the other pretrial deadlines required by the Court.

**WHEREAS,** good cause exists to grant this extension because the Parties have a confirmed mediation date of November 12, 2024, and continue to believe that an early resolution of this matter is likely;

**WHEREAS**, good cause exists to extend the deadline for the Parties to meet and confer and submit an Amended Joint Status Report regarding their discovery plan until **November 26, 2024**, so that the Parties may have more time to potentially resolve this lawsuit altogether or have a more productive Rule 26(f) conference, if necessary;

**NOW, HEREBY, THE PARTIES STIPULATE** that the Court permit the Parties to meet and confer, if necessary, following the November 12, 2024 mediation and to submit an Amended Joint Status Report regarding their discovery plan on or before **November 26, 2024**.

**IT IS SO STIPULATED AND AGREED.**

//
//
//
//
//

**Respectfully Submitted,**

Dated: 09/24/2024      GREENBERG TRAURIG, LLP

By: /s/ Jon T. Neumann
Jon T. Neumann
Attorneys for Defendant
HEALTHCARE MANAGEMENT
ADMINISTRATORS, INC.

Dated: 09/24/2024      TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Jenny C. Chien
Virginia Bell Flynn
Jenny C. Chien
Attorneys for Defendants,
G5 SEARCH MARKETING, INC. and G5
HEALTH AND WELFARE PLAN

Dated: 09/24/2024      DL LAW GROUP

By: /s/ David M. Lilienstein
David M. Lilienstein
Katie Spielman
Attorneys for Plaintiff
CATHERINE ROPER

**IT IS SO ORDERED**.

Dated: September 27, 2024      /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

# **DECLARATION**

I, Jenny C. Chien, and the ECF user whose ID and password are being used to file this document in compliance with Local Rule 131. I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

Dated: 09/24/2024                    TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Jenny C. Chien*
Jenny C. Chien